NOTC
**CARRIE E. HURTIK, ESQ.**
Nevada Bar No. 7028
**RACHEL L. SHELSTAD, ESQ.**
Nevada Bar No. 13399
**HURTIK LAW & ASSOCIATES**
7866 West Sahara Avenue
Las Vegas, Nevada  89117
(702) 966-5200
(702) 966-5206 Facsimile
Attorney for Debtors,
ANTON CASHUS THOMAS and
KATHERINE LEAH THOMAS

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>ANTON CASHUS THOMAS and<br>KATHERINE LEAH THOMAS,<br><br>Debtors. | Case No.:    16-12342<br><br>Chapter 7 Bankruptcy |

### NOTICE OF BANKRUPTCY PROCEEDINGS

NOTICE IS HEREBY GIVEN that Debtors, ANTON CASHUS THOMAS and KATHERINE LEAH THOMAS, filed a petition for relief in accordance with Chapter 7 of the Bankruptcy Act, a true and correct copy of which is attached hereto as Exhibit "A."  In accordance with 11 U.S.C. § 362, all proceedings in this case in relation to the Debtors are stayed.

DATED this 29th day of April, 2016.

HURTIK LAW & ASSOCIATES

/s/    *Carrie E. Hurtik*

**CARRIE E. HURTIK, ESQ.**
Nevada Bar No. 7028
7866 W. Sahara Avenue
Las Vegas, NV  89117
Attorney for Debtors,
ANTON CASHUS THOMAS and
KATHERINE LEAH THOMAS

**CERTIFICATE OF SERVICE**

**STATE OF NEVADA** )
) ss.
**COUNTY OF CLARK** )

I, XIOMARA G. SUAREZ, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 7866 West Sahara Avenue, Las Vegas, Nevada 89117.

On April 29, 2016, I served the document described as **NOTICE OF BANKRUPTCY PROCEEDINGS** on the parties listed below:

Aon Hewitt
c/o Bank of America
Mail Code: DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850
Telephone 1 (800) 556-6044
Facsimile (847) 554-1004

Richland Holdings, Inc. dba
AcctCorp of Southern Nevada
4955 S. Durango, Ste. 177
Las Vegas, NV 89113-0155
Telephone (702) 240-3007
Facsimile (702) 247-9802

Jerome R. Bowen, Esq.
BOWEN LAW OFFICES
9960 W. Cheyenne Ave., Ste. 250
Las Vegas, NV 89129
Telephone (702) 240-5191
Facsimile (702) 240-5797

Constable's Office of
Henderson Township
243 Water Street
Henderson, NV 89015
Telephone (702) 455-7940
Facsimile (702) 455-7942

1

**VIA U.S. MAIL:**  by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid , in the United States mail at Las Vegas, Nevada.  I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing.  Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:**  by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service.  The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted.  A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at Las Vegas, Nevada, on April 29, 2016.

/s/ *Xiomara G. Sanchez*

_____

XIOMARA G. SANCHEZ, an employee of
HURTIK LAW & ASSOCIATES

# EXHIBIT "A"

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Anton<br>First name<br><br>Cashus<br>Middle name<br><br>Thomas<br>Last name and Suffix (Sr., Jr., II, III) | Katherine<br>First name<br><br>Leah<br>Middle name<br><br>Thomas<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0979 | xxx-xx-6375 |

Debtor 1   **Anton Cashus Thomas**

Debtor 2   **Katherine Leah Thomas**

Case number *(if known)* _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ■ I have not used any business name or EINs. <br><br> Business name(s) <br><br> EINs | ■ I have not used any business name or EINs. <br><br> Business name(s) <br><br> EINs |
| **5.** **Where you live** | **3319 Popcorn Flower Street** <br> **Las Vegas, NV 89117** <br> Number, Street, City, State & ZIP Code <br><br> **Clark** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br><br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> Number, Street, City, State & ZIP Code <br><br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br><br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing** *this district* **to file for bankruptcy** | Check one: <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) | Check one: <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) |

Voluntary Petition for Individuals Filing for Bankruptcy

Case 16-12342-abl    Doc 1    Entered 04/28/16 17:31:26    Page 3 of 63

Debtor 1  **Anton Cashus Thomas**
Debtor 2  **Katherine Leah Thomas**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
| --- | --- |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | District _____ | When _____ | Case number _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

- ☑ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 3

Debtor 1   **Anton Cashus Thomas**

Debtor 2   **Katherine Leah Thomas**

Case number *(if known)* _____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

| | |
|---|---|
| 12. **Are you a sole proprietor of any full- or part-time business?**<br><br>A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.<br><br>If you have more than one sole proprietorship, use a separate sheet and attach it to this petition. | ■ No.   Go to Part 4.<br><br>☐ Yes.   Name and location of business<br><br>_____<br>Name of business, if any<br><br>_____<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>*Check the appropriate box to describe your business:*<br>☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐   None of the above |
| 13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***<br><br>For a definition of *small business debtor*, see 11 U.S.C. § 101(51D). | *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*<br><br>■ No.   I am not filing under Chapter 11.<br><br>☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.<br><br>☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code. |

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

| | |
|---|---|
| 14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**<br><br>*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?* | ■ No.<br>☐ Yes.<br><br>What is the hazard?   _____<br><br>If immediate attention is<br>needed, why is it needed?   _____<br><br>Where is the property?   _____<br><br>_____<br>Number, Street, City, State & Zip Code |

---

Debtor 1    **Anton Cashus Thomas**

Debtor 2    **Katherine Leah Thomas**

Case number *(if known)* _____

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** | ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** |
| Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** |
| Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** |
| To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. | To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. |
| Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. | Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. |
| If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. | If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. |
| Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Anton Cashus Thomas**
Debtor 2    **Katherine Leah Thomas**

Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts _____

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Anton Cashus Thomas**                                  **/s/ Katherine Leah Thomas**
**Anton Cashus Thomas**                                      **Katherine Leah Thomas**
Signature of Debtor 1                                        Signature of Debtor 2

Executed on   **April 28, 2016**                             Executed on   **April 28, 2016**
              MM / DD / YYYY                                               MM / DD / YYYY

---

Debtor 1   **Anton Cashus Thomas**
Debtor 2   **Katherine Leah Thomas**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | |
|---|---|
| **/s/ Carrie E. Hurtik** | Date **April 28, 2016** |
| Signature of Attorney for Debtor | MM / DD / YYYY |

**Carrie E. Hurtik**
Printed name

**Hurtik Law & Associates**
Firm name

**7866 W. Sahara Avenue**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone **702-966-5200**          Email address   **churtik@hurtiklaw.com**

**7028**
Bar number & State

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Anton Cashus Thomas** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Katherine Leah Thomas** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:      List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

### Part 2:      List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| **4.1** | **Aargon Collection Agen** | Last 4 digits of account number    2671 | **$500.00** |
| | Nonpriority Creditor's Name | | |
| | **3025 W Sahara** | When was the debt incurred?    **Opened  9/01/14** | |
| | **Las Vegas, NV 89102** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Collection Attorney Spring Valley Hospital**

Case 16-12342-abl    Doc 1    Entered 04/28/16 17:31:26    Page 24 of 63

Debtor 1  **Anton Cashus Thomas**
Debtor 2  **Katherine Leah Thomas**                                  Case number (if know) _____

| 4.2 | **Aargon Collection Agen** | Last 4 digits of account number   **7710** | **$323.00** |

Nonpriority Creditor's Name
**3025 W Sahara**
**Las Vegas, NV 89102**
Number Street City State Zip Code

When was the debt incurred?   **Opened  2/01/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Spring Valley Hospital**

---

| 4.3 | **Aargon Collection Agen** | Last 4 digits of account number   **4730** | **$303.00** |

Nonpriority Creditor's Name
**3025 W Sahara**
**Las Vegas, NV 89102**
Number Street City State Zip Code

When was the debt incurred?   **Opened  3/01/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Nevada Energy**

---

| 4.4 | **Aargon Collection Agen** | Last 4 digits of account number   **3691** | **$253.00** |

Nonpriority Creditor's Name
**3025 W Sahara**
**Las Vegas, NV 89102**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/01/14**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Spring Valley Hospital**

---

Case 16-12342-abl     Doc 1     Entered 04/28/16 17:31:26     Page 25 of 63

Debtor 1  **Anton Cashus Thomas**
Debtor 2  **Katherine Leah Thomas**                                                    Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.5 | **Aargon Collection Agen** | Last 4 digits of account number   3336 | $155.00 |

Nonpriority Creditor's Name

**3025 W Sahara**
**Las Vegas, NV 89102**                    **When was the debt incurred?     Opened  8/01/14**
Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated .
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☑ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
☑ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ☑ Other. Specify   **Collection Attorney Summerlin Hospital**

| | | | |
|---|---|---|---|
| 4.6 | **Aargon Collection Agen** | Last 4 digits of account number   5427 | $152.00 |

Nonpriority Creditor's Name

**3025 W Sahara**
**Las Vegas, NV 89102**                    **When was the debt incurred?     Opened 12/01/14**
Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
☑ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ☑ Other. Specify   **Collection Attorney Summerlin Hospital**

| | | | |
|---|---|---|---|
| 4.7 | **Aargon Collection Agen** | Last 4 digits of account number   3855 | $45.00 |

Nonpriority Creditor's Name

**3025 W Sahara**
**Las Vegas, NV 89102**                    **When was the debt incurred?     Opened  2/01/16**
Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☑ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
☑ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ☑ Other. Specify   **Collection Attorney Summerlin Hospital**

---

Debtor 1  **Anton Cashus Thomas**
Debtor 2  **Katherine Leah Thomas**                                    Case number *(if know)*

| | | |
|---|---|---|
| **4.8** | **Aargon Collection Agen** | Last 4 digits of account number  **8200**                            **$25.00** |

Nonpriority Creditor's Name

**3025 W Sahara**
**Las Vegas, NV 89102**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?     **Opened  3/01/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Spring Valley Hospital**

---

| | | |
|---|---|---|
| **4.9** | **Acctcorp Of Southern N** | Last 4 digits of account number  **92N1**                          **$2,002.00** |

Nonpriority Creditor's Name

**4955 S Durango Dr Ste 17**
**Las Vegas, NV 89113**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?     **Opened 12/01/09  Last Active 12/29/10**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Victory Village Apartments**

---

| | | |
|---|---|---|
| **4.10** | **Ad Astra Recovery Serv** | Last 4 digits of account number  **4119**                           **$257.00** |

Nonpriority Creditor's Name

**7330 W 33rd St N Ste 118**
**Wichita, KS 67205**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?     **Opened  2/01/10  Last Active 1/07/11**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Rapid Cash 10**

---

Debtor 1  **Anton Cashus Thomas**
Debtor 2  **Katherine Leah Thomas**

Case number (if know) _____

| 4.1 1 | | | |
|---|---|---|---|

**Allied Coll**

Nonpriority Creditor's Name
**3080 S. Durango Road,**
**Las Vegas, NV 89117**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **9001**                                      **$754.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Med1 02 William B Isaacs Md**

| 4.1 2 | | | |
|---|---|---|---|

**Allied Coll**

Nonpriority Creditor's Name
**3080 S. Durango Road,**
**Las Vegas, NV 89117**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **7501**                                      **$116.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Med1 02 Pearle Vision Sahara**

| 4.1 3 | | | |
|---|---|---|---|

**Allied Coll**

Nonpriority Creditor's Name
**3080 S. Durango Road,**
**Las Vegas, NV 89117**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4001**                                      **$104.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Med1 02 Las Vegas Neurology**

Debtor 1  Anton Cashus Thomas
Debtor 2  Katherine Leah Thomas

Case number (if know) _____

---

| 4.1 4 | **Americollect** | Last 4 digits of account number | 8636 | | $82.00 |

Nonpriority Creditor's Name
**1851 S Alverno Roa**
**Manitowoc, WI 54221**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Med1 02 Radiology Assoc Of Nevada**

---

| 4.1 5 | **Byl Collection Service** | Last 4 digits of account number | 2583 | | $28.00 |

Nonpriority Creditor's Name
**301 Lacey Street**
**West Chester, PA 19382**
Number Street City State Zip Code

When was the debt incurred?  **Opened  1/01/12**

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Collection Attorney Southwest Gas Corporation**

---

| 4.1 6 | **Capital One Bank Usa N** | Last 4 digits of account number | 4977 | | $444.00 |

Nonpriority Creditor's Name

**15000 Capital One Dr**
**Richmond, VA 23238**
Number Street City State Zip Code

When was the debt incurred?  **Opened  5/01/14  Last Active 12/05/14**

Who incurred the debt? Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Credit Card**

---

Debtor 1  Anton Cashus Thomas
Debtor 2  Katherine Leah Thomas                                  Case number (if know) _____

| 4.17 | Centennial Hills Hospital | Last 4 digits of account number | 9360 | $2,467.79 |

Nonpriority Creditor's Name
6900 N. Durango Dr.
Las Vegas, NV 89149
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

---

| 4.18 | Centennial Hills Hospital | Last 4 digits of account number | 2725 | $245.04 |

Nonpriority Creditor's Name
Attn:  Financial Counselor
6900 N. Durango Drive
Las Vegas, NV 89149
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

---

| 4.19 | Centennial Hills Hospital | Last 4 digits of account number | 9028 | $446.95 |

Nonpriority Creditor's Name
Attn:  Financial Counselor
6900 N. Durango Drive
Las Vegas, NV 89149
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical

---

Case 16-12342-abl    Doc 1    Entered 04/28/16 17:31:26    Page 30 of 63

Debtor 1    **Anton Cashus Thomas**
Debtor 2    **Katherine Leah Thomas**                                      Case number (if know) _____

| 4.2 0 | | | |
|---|---|---|---|

**Check City**                          Last 4 digits of account number    **x979**                    **Unknown**
Nonpriority Creditor's Name
**5861 W. Craig Road**                  **When was the debt incurred?** _____
**Las Vegas, NV 89130**
Number Street City State Zip Code       As of the date you file, the claim is: Check that apply
**Who incurred the debt? Check one.**
☐ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☑ **Check if this claim is for a community**   ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
☑ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                   ☑ Other. Specify    **payday loan**

| 4.2 1 | | | |
|---|---|---|---|

**Commonwealth Financial**              Last 4 digits of account number    **56N1**                    **$307.00**
Nonpriority Creditor's Name
**245 Main St**                         **When was the debt incurred?**    **Opened  2/01/16**
**Dickson City, PA 18519**
Number Street City State Zip Code       As of the date you file, the claim is: Check that apply
**Who incurred the debt? Check one.**
☑ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
☑ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                   ☑ Other. Specify    **Collection Attorney Shadow Emergency**
                                                             **Physicians**

| 4.2 2 | | | |
|---|---|---|---|

**Comnwlth Fin**                        Last 4 digits of account number    **34N1**                    **$311.00**
Nonpriority Creditor's Name
**245 Main St**                         **When was the debt incurred?** _____
**Dickson City, PA 18519**
Number Street City State Zip Code       As of the date you file, the claim is: Check that apply
**Who incurred the debt? Check one.**
☐ Debtor 1 only                         ☐ Contingent
☑ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
☑ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                   ☑ Other. Specify    **Med1 02 Emcare Center Emergency Phys**

Case 16-12342-abl    Doc 1    Entered 04/28/16 17:31:26    Page 31 of 63

Debtor 1  **Anton Cashus Thomas**
Debtor 2  **Katherine Leah Thomas**                                    Case number (if know) _____

---

| 4.2 3 | | | |
|---|---|---|---|

**Dignity Health**
Nonpriority Creditor's Name
**8280 W. Warm Springs Rd.**
**Las Vegas, NV 89113**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **7828**                                    **$691.26**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **medical**

---

| 4.2 4 | | | |
|---|---|---|---|

**Dignity Health**
Nonpriority Creditor's Name
**8280 W. Warm Springs Rd.**
**Las Vegas, NV 89113**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **2199**                                    **$650.01**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **medical**

---

| 4.2 5 | | | |
|---|---|---|---|

**Diversified Consultant**
Nonpriority Creditor's Name
**10550 Deerwood Park Blvd**
**Jacksonville, FL 32256**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **9693**                                    **$1,073.00**

When was the debt incurred?   **Opened  1/01/16**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Attorney Sprint**

---

Official Form 106 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page  9 of 19**

Case 16-12342-abl    Doc 1    Entered 04/28/16 17:31:26    Page 32 of 63

Debtor 1   **Anton Cashus Thomas**

Debtor 2   **Katherine Leah Thomas**

Case number (if know) _____

---

| 4.2 6 | **Dollar Loan Center - Riverpark** | Last 4 digits of account number   **x979** | **Unknown** |

Nonpriority Creditor's Name

**6122 W. Sahara Avenue**

**Las Vegas, NV 89146**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **pay day loan**

---

| 4.2 7 | **Enhanced Recovery Co L** | Last 4 digits of account number   **9956** | **$181.00** |

Nonpriority Creditor's Name

**8014 Bayberry Rd**

**Jacksonville, FL 32256**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened  1/01/14**

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Attorney Tmobile**

---

| 4.2 8 | **First Premier Bank** | Last 4 digits of account number   **3782** | **$300.00** |

Nonpriority Creditor's Name

**601 S Minnesota Ave**

**Sioux Falls, SD 57104**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened  4/01/16**

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

Debtor 1  Anton Cashus Thomas
Debtor 2  Katherine Leah Thomas

Case number (if know) _____

---

| 4.2 9 | **Fremont Emergency Service** | Last 4 digits of account number | 2840 | $65.26 |

Nonpriority Creditor's Name
**9301 S. Western Avenue**
**Oklahoma City, OK 73139-2728**
Number Street City State Zip Code

When was the debt incurred?  **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☒ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **medical**

---

| 4.3 0 | **Harris** | Last 4 digits of account number | 4271 | $2,884.00 |

Nonpriority Creditor's Name
**111 West Jackson B**
**Chicago, IL 60604**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☒ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Med1 02 Uhs Summerlin Hospital Medic**

---

| 4.3 1 | **Harris** | Last 4 digits of account number | 4867 | $2,723.42 |

Nonpriority Creditor's Name
**111 West Jackson B**
**Chicago, IL 60604**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☒ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Med1 02 Uhs Summerlin Hospital Medic**

---

Debtor 1    **Anton Cashus Thomas**
Debtor 2    **Katherine Leah Thomas**                                      Case number (if know) _____

| 4.3 2 | **I C System Inc** | Last 4 digits of account number | **3181** | | **$945.00** |

Nonpriority Creditor's Name
**Po Box 64378**
**Saint Paul, MN 55164**               When was the debt incurred?    **Opened 12/01/15**
Number Street City State Zip Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                            ☐ Contingent
☒ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
☒ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ☒ Other. Specify   **Collection Attorney Cox**
                                                              **Communications-Las Vegas**

| 4.3 3 | **Infectious Disease Associates** | Last 4 digits of account number | **8642** | | **$75.58** |

Nonpriority Creditor's Name
**1450 W. Horizon Ridge Pkwy**
**B304-668**                               When was the debt incurred?    **2015**
**Las Vegas, NV 89102**
Number Street City State Zip Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☒ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☒ Check if this claim is for a community   ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
☒ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ☒ Other. Specify   **medical**

| 4.3 4 | **Medical Industry Services Inc.** | Last 4 digits of account number | **1804** | | **$72.22** |

Nonpriority Creditor's Name
**8170 W. Sahara Ave. Suite 106**          When was the debt incurred?    **2015**
**Las Vegas, NV 89117-1981**
Number Street City State Zip Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☒ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☒ Check if this claim is for a community   ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
☒ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ☒ Other. Specify   **medical**

Case 16-12342-abl    Doc 1    Entered 04/28/16 17:31:26    Page 35 of 63

Debtor 1    **Anton Cashus Thomas**
Debtor 2    **Katherine Leah Thomas**

Case number (if know) _____

---

| 4.3 5 | | |
|---|---|---|

**Plusfour Inc**
Nonpriority Creditor's Name
**6345 S Pecos Rd Ste 212**
**Las Vegas, NV 89120**
Number Street City State Zip Code

Last 4 digits of account number    **3937**                                        **$53.00**

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Med1 02 Desert Radiologists**

---

| 4.3 6 | | |
|---|---|---|

**Plusfour Inc.**
Nonpriority Creditor's Name
**6345 S Pecos Rd Ste 212**
**Las Vegas, NV 89120**
Number Street City State Zip Code

Last 4 digits of account number    **4605**                                        **$333.00**

When was the debt incurred?    **Opened  9/01/15**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Collection Attorney Desert Radiology Solutions**

---

| 4.3 7 | | |
|---|---|---|

**Plusfour Inc.**
Nonpriority Creditor's Name
**6345 S Pecos Rd Ste 212**
**Las Vegas, NV 89120**
Number Street City State Zip Code

Last 4 digits of account number    **8460**                                        **$296.00**

When was the debt incurred?    **Opened 11/01/13**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Collection Attorney Desert Radiologists**

---

Debtor 1   **Anton Cashus Thomas**
Debtor 2   **Katherine Leah Thomas**                                          Case number (if know) _____

| | | |
|---|---|---|
| 4.3 8 | **Plusfour Inc.** | $39.00 |

**Plusfour Inc.**
Nonpriority Creditor's Name
**6345 S Pecos Rd Ste 212**
**Las Vegas, NV 89120**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **1894**

When was the debt incurred?   **Opened  4/01/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Desert Radiologists**

---

| | | |
|---|---|---|
| 4.3 9 | **Plusfour Inc.** | $35.00 |

**Plusfour Inc.**
Nonpriority Creditor's Name
**6345 S Pecos Rd Ste 212**
**Las Vegas, NV 89120**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **1812**

When was the debt incurred?   **Opened  7/01/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Desert Radiologists**

---

| | | |
|---|---|---|
| 4.4 0 | **Plusfour Inc.** | $25.00 |

**Plusfour Inc.**
Nonpriority Creditor's Name
**6345 S Pecos Rd Ste 212**
**Las Vegas, NV 89120**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **3130**

When was the debt incurred?   **Opened  8/01/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Dermatology Management  Llc**

---

Debtor 1   Anton Cashus Thomas

Debtor 2   Katherine Leah Thomas                                                    Case number (if know) _____

| | | |
|---|---|---|
| **4.4** **1** | **Quest Diagnostics** | Last 4 digits of account number  **7786** |
| | Nonpriority Creditor's Name | |
| | PO Box 740351 | When was the debt incurred?  **2016** |
| | Cincinnati, OH 45274-0351 | |

$396.17

Nonpriority Creditor's Name
PO Box 740351
Cincinnati, OH 45274-0351
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **medical**

---

| **4.4** **2** | **Rapid Cash** | Last 4 digits of account number  **x979** |  |
|---|---|---|---|

Unknown

**Rapid Cash**
Nonpriority Creditor's Name
2801 W. Washington
Las Vegas, NV 89101
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **payday loan**

---

| **4.4** **3** | **Richland Holdings, Inc.** | Last 4 digits of account number  **6887** |
|---|---|---|

$3,199.06

**Richland Holdings, Inc.**
Nonpriority Creditor's Name
AcctCorp of Southern Nevada
4955 S. Durango, Suite #177
Las Vegas, NV 89113
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Garnishment**

---

Case 16-12342-abl    Doc 1    Entered 04/28/16 17:31:26    Page 38 of 63

Debtor 1    **Anton Cashus Thomas**
Debtor 2    **Katherine Leah Thomas**                                                      Case number (if know) _____

| 4.4 4 | **Southern Hills Hospital & Medical Center** | Last 4 digits of account number    **7857** | **$1,085.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 99400**
**Louisville, KY 40269**                                 When was the debt incurred?    **2016**
Number Street City State Zip Code

Who incurred the debt? Check one.                        As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                          ☐ Contingent
☑ Debtor 1 and Debtor 2 only                             ☐ Unliquidated
☐ At least one of the debtors and another               ☐ Disputed

☑ Check if this claim is for a  community                Type of NONPRIORITY unsecured claim:
debt                                                     ☐ Student loans
Is the claim subject to offset?                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                          report as priority claims
☑ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                         ☑ Other. Specify    **medical**

---

| 4.4 5 | **Southern Hills Hospital & Medical Center** | Last 4 digits of account number    **7857** | **$1,135.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 99400**
**Louisville, KY 40269**                                 When was the debt incurred?    **2016**
Number Street City State Zip Code

Who incurred the debt? Check one.                        As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                          ☐ Contingent
☑ Debtor 1 and Debtor 2 only                             ☐ Unliquidated
☐ At least one of the debtors and another               ☐ Disputed

☑ Check if this claim is for a  community                Type of NONPRIORITY unsecured claim:
debt                                                     ☐ Student loans
Is the claim subject to offset?                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                          report as priority claims
☑ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                         ☑ Other. Specify    **medical**

---

| 4.4 6 | **Spring Valley Hospital Medical Center** | Last 4 digits of account number    **5109** | **$128.54** |
|---|---|---|---|

Nonpriority Creditor's Name
**5400 S. Rainbow Blvd.**
**Las Vegas, NV 89118**                                  When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.                        As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                          ☐ Contingent
☑ Debtor 1 and Debtor 2 only                             ☐ Unliquidated
☐ At least one of the debtors and another               ☐ Disputed

☑ Check if this claim is for a  community                Type of NONPRIORITY unsecured claim:
debt                                                     ☐ Student loans
Is the claim subject to offset?                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                          report as priority claims
☑ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                         ☑ Other. Specify    **Medical**

---

Case 16-12342-abl    Doc 1    Entered 04/28/16 17:31:26    Page 39 of 63

Debtor 1  **Anton Cashus Thomas**
Debtor 2  **Katherine Leah Thomas**

Case number (if know) _____

---

| 4.4 7 | **Spring Valley Hospital Medical Center** | Last 4 digits of account number | **2599** | | $498.60 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**5400 S. Rainbow Blvd.**
**Las Vegas, NV 89118**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Medical**

---

| 4.4 8 | **Summerlin Hospital Medical Center** | Last 4 digits of account number | **0959** | | $8,702.97 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 31001-0827**
**Pasadena, CA 91110-0827**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?  **2016**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **medical**

---

| 4.4 9 | **Summerlin Hospital Medical Center** | Last 4 digits of account number | **8804** | | $10,017.10 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**657 Town Center Drive**
**Las Vegas, NV 89144**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Medical**

---

Debtor 1   **Anton Cashus Thomas**

Debtor 2   **Katherine Leah Thomas**

Case number (if know) _____

| | | |
|---|---|---|
| **4.5 0** | **Summerlin Hospital Medical Center** | Last 4 digits of account number **4983** |   $5,352.18 |

Nonpriority Creditor's Name
**657 Town Center Drive**
**Las Vegas, NV 89144**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Medical**

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Spring Valley Hospital Medical Center**<br>**5400 S. Rainbow Blvd.**<br>**Las Vegas, NV 89118** | Line **4.2** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **5021** |
| **Spring Valley Hospital Medical Center**<br>**5400 S. Rainbow Blvd.**<br>**Las Vegas, NV 89118** | Line **4.4** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **7635** |
| **Spring Valley Hospital Medical Center**<br>**5400 S. Rainbow Blvd.**<br>**Las Vegas, NV 89118** | Line **4.8** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **4294** |
| **Summerlin Hospital Medical Center**<br>**657 Town Center Drive**<br>**Las Vegas, NV 89144** | Line **4.30** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **0797** |
| **Summerlin Hospital Medical Center**<br>**657 Town Center Drive**<br>**Las Vegas, NV 89144** | Line **4.31** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **5799** |
| **Summerlin Hospital Medical Center**<br>**657 Town Center Drive**<br>**Las Vegas, NV 89144** | Line **4.5** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **5543** |
| **Summerlin Hospital Medical Center** | Line **4.6** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims |

Case 16-12342-abl    Doc 1    Entered 04/28/16 17:31:26    Page 41 of 63

Debtor 1  Anton Cashus Thomas
Debtor 2  Katherine Leah Thomas

Case number (if know)

657 Town Center Drive
Las Vegas, NV 89144

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5062**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Summerlin Hospital Medical Center**<br>657 Town Center Drive<br>Las Vegas, NV 89144 | Line **4.7** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **9046**

---

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $  0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $  0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $  0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $  0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $  0.00 |
|  |  |  |  | Total Claim |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $  0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $  0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $  0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $  50,277.15 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $  50,277.15 |

Anton Cashus Thomas
Katherine Leah Thomas
3319 Popcorn Flower Street
Las Vegas, NV 89117

Carrie E. Hurtik
Hurtik Law & Associates
7866 W. Sahara Avenue
Las Vegas, NV 89117

Aargon Collection Agen
Acct No xxxxxx8200
3025 W Sahara
Las Vegas, NV 89102

Acctcorp Of Southern N
Acct No xxxx92N1
4955 S Durango Dr Ste 17
Las Vegas, NV 89113

Ad Astra Recovery Serv
Acct No xxx4119
7330 W 33rd St N Ste 118
Wichita, KS 67205

Allied Coll
Acct No xxxxx4001
3080 S. Durango Road,
Las Vegas, NV 89117

Americollect
Acct No xxxx8636
1851 S Alverno Roa
Manitowoc, WI 54221

Byl Collection Service
Acct No xxx2583
301 Lacey Street
West Chester, PA 19382

Capital One Bank Usa N
Acct No xxxxxxxxxxxx4977
15000 Capital One Dr
Richmond, VA 23238

Centennial Hills Hospital
Acct No xxxx9028
Attn: Financial Counselor
6900 N. Durango Drive
Las Vegas, NV 89149

Check City
Acct No xxxxxxx979
5861 W. Craig Road
Las Vegas, NV 89130

```
Commonwealth Financial
Acct No xxxxxxx56N1
245 Main St
Dickson City, PA 18519

Comnwlth Fin
Acct No xxxxxxx34N1
245 Main St
Dickson City, PA 18519

Dignity Health
Acct No xxxx2199
8280 W. Warm Springs Rd.
Las Vegas, NV 89113

Diversified Consultant
Acct No xxxx9693
10550 Deerwood Park Blvd
Jacksonville, FL 32256

Dollar Loan Center - Riverpark
Acct No xxxxxx979
6122 W. Sahara Avenue
Las Vegas, NV 89146

Enhanced Recovery Co L
Acct No xxxx9956
8014 Bayberry Rd
Jacksonville, FL 32256

First Premier Bank
Acct No xxxx3782
601 S Minnesota Ave
Sioux Falls, SD 57104

Fremont Emergency Service
Acct No xxxxxx2840
9301 S. Western Avenue
Oklahoma City, OK 73139-2728

Harris
Acct No xxxx4867
111 West Jackson B
Chicago, IL 60604

I C System Inc
Acct No xxxx3181
Po Box 64378
Saint Paul, MN 55164

Infectious Disease Associates
Acct No 8642
1450 W. Horizon Ridge Pkwy
B304-668
Las Vegas, NV 89102
```

Medical Industry Services Inc.
Acct No x1804
8170 W. Sahara Ave. Suite 106
Las Vegas, NV 89117-1981

Plusfour Inc
Acct No xxx3937
6345 S Pecos Rd Ste 212
Las Vegas, NV 89120

Plusfour Inc.
Acct No xxx3130
6345 S Pecos Rd Ste 212
Las Vegas, NV 89120

Quest Diagnostics
Acct No xxxxxx7786
PO Box 740351
Cincinnati, OH 45274-0351

Rapid Cash
Acct No xxxxxxx979
2801 W. Washington
Las Vegas, NV 89101

Rent


Richland Holdings, Inc.
Acct No xxx-xx6887
AcctCorp of Southern Nevada
4955S. Durango, Suite #177
Las Vegas, NV 89113

Santander Consumer Usa
Acct No xxxxxxxxxxxxx1000
Po Box 961245
Ft Worth, TX 76161

Southern Hills Hospital & Medical Center
Acct No xxxxxxx7857
P.O. Box 99400
Louisville, KY 40269

Spring Valley Hospital Medical Center
Acct No xxxx4294
5400 S. Rainbow Blvd.
Las Vegas, NV 89118

Summerlin Hospital Medical Center
Acct No xxxx9046
657 Town Center Drive
Las Vegas, NV 89144

```
*************** -COMM. JOURNAL- ******************* DATE APR-29-2016 ***** TIME 15:13 ********


      MODE = MEMORY TRANSMISSION              START=APR-29 14:38      END=APR-29 15:13

         FILE NO.=105

  STN    COMM.       STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
  NO.


  001     OK        ☎8475541004                                033/033    00:05:30
  002     OK        ☎7022479802                                033/033    00:05:03
  003    BUSY       ☎702240579                                 000/033    00:00:00
  004     OK        ☎7024557942                                033/033    00:04:40



                                            -HURTIK LAW              -

***** e-STUDIO190F ***************** -          - ***** -            - ********
```

| | |
|---|---|
| 1 | **NOTC**<br>**CARRIE E. HURTIK, ESQ.** |
| 2 | Nevada Bar No. 7028<br>**RACHEL L. SHELSTAD, ESQ.** |
| 3 | Nevada Bar No. 13399<br>**HURTIK LAW & ASSOCIATES** |
| 4 | 7866 West Sahara Avenue<br>Las Vegas, Nevada 89117 |
| 5 | (702) 966-5200<br>(702) 966-5206 Facsimile |
| 6 | Attorney for Debtors,<br>ANTON CASHUS THOMAS and |
| 7 | KATHERINE LEAH THOMAS |
| 8 | |
| 9 | UNITED STATES BANKRUPTCY COURT |
| 10 | DISTRICT OF NEVADA |
| 11 | In re:                    )    Case No.:    16-12342 |
| 12 | ANTON CASHUS THOMAS and   )<br>KATHERINE LEAH THOMAS,    )    Chapter 7 Bankruptcy |
| 13 | Debtors.       ) |
| 14 | **NOTICE OF BANKRUPTCY PROCEEDINGS** |
| 15 | NOTICE IS HEREBY GIVEN that Debtors, ANTON CASHUS THOMAS and KATHERINE |
| 16 | LEAH THOMAS, filed a petition for relief in accordance with Chapter 7 of the Bankruptcy Act, a true |
| 17 | and correct copy of which is attached hereto as Exhibit "A." In accordance with 11 U.S.C. § 362, all |
| 18 | proceedings in this case in relation to the Debtors are stayed. |
| 19 | DATED this 29th day of April, 2016. |
| 20 | **HURTIK LAW & ASSOCIATES** |
| 21 | |
| 22 | /s/   *Carrie E. Hurtik* |
| 23 | **CARRIE E. HURTIK, ESQ.**<br>Nevada Bar No. 7028 |
| 24 | 7866 W. Sahara Avenue<br>Las Vegas, NV  89117 |
| 25 | Attorney for Debtors,<br>ANTON CASHUS THOMAS and |
| 26 | KATHERINE LEAH THOMAS |
| 27 | |
| 28 | |

Notice of Bankruptcy Proceedings - 1

*************** -COMM. JOURNAL- ******************** DATE APR-29-2016 ***** TIME 16:25 ********

MODE = MEMORY TRANSMISSION          START=APR-29 16:19          END=APR-29 16:25

FILE NO.=107

| STN NO. | COMM. | STATION NAME/EMAIL ADDRESS/TELEPHONE NO. | PAGES | DURATION |
|---------|-------|------------------------------------------|-------|----------|
| 001 | OK | ☎7022405797 | 033/033 | 00:05:33 |

-HURTIK LAW          -

***** e-STUDIO190F ****************** -          - ***** -          - *********

```
 1  NOTC
    CARRIE E. HURTIK, ESQ.
 2  Nevada Bar No. 7028
    RACHEL L. SHELSTAD, ESQ.
 3  Nevada Bar No. 13399
    HURTIK LAW & ASSOCIATES
 4  7866 West Sahara Avenue
    Las Vegas, Nevada 89117
 5  (702) 966-5200
    (702) 966-5206 Facsimile
 6  Attorney for Debtors,
    ANTON CASHUS THOMAS and
 7  KATHERINE LEAH THOMAS
 8
 9            UNITED STATES BANKRUPTCY COURT

10                 DISTRICT OF NEVADA

11  In re:                    )    Case No.:    16-12342
    ANTON CASHUS THOMAS and    )
12  KATHERINE LEAH THOMAS,     )    Chapter 7 Bankruptcy
                               )
13        Debtors.             )
                               )
14  _____)

15            NOTICE OF BANKRUPTCY PROCEEDINGS

16      NOTICE IS HEREBY GIVEN that Debtors, ANTON CASHUS THOMAS and KATHERINE

17  LEAH THOMAS, filed a petition for relief in accordance with Chapter 7 of the Bankruptcy Act, a true

18  and correct copy of which is attached hereto as Exhibit "A." In accordance with 11 U.S.C. § 362, all

19  proceedings in this case in relation to the Debtors are stayed.

20      DATED this 29th day of April, 2016.

21                            HURTIK LAW & ASSOCIATES

22              /s/    Carrie E. Hurtik
                     _____
23                   CARRIE E. HURTIK, ESQ.
                     Nevada Bar No. 7028
24                   7866 W. Sahara Avenue
                     Las Vegas, NV 89117
25                   Attorney for Debtors,
                     ANTON CASHUS THOMAS and
26                   KATHERINE LEAH THOMAS
27
28
```